(No. 10904.—Judgment affirmed.)

ROBERT HILL, *et al.* Plaintiffs in Error, *vs.* THE BAY BOT-
TOMS DRAINAGE DISTRICT *et·al.* Defendants in Error.

*Opinion filed April 19, 1917.*

This case is controlled by the decision in *Stokes* v. *Bay Bot-
toms Drainage District, (post,* p. 390.)

WRIT OF ERROR to the County Court of Pope county;
the Hon. W. A. WHITESIDE, Judge, presiding.

CHARLES DURFEE, for plaintiffs in error.

JOHN W. BROWNING, EDWARD C. CRAIG, and DONALD
B. CRAIG, for defendants in error.

Mr. JUSTICE CARTWRIGHT delivered the opinion of the
court:

A writ of error was sued out of this court to review
the judgment of the county court of Pope county organ-
izing the Bay Bottoms Drainage District and a judgment
confirming an assessment of benefits. The record filed in
return to the writ of error is identical with the record in
the case of *Stokes* v. *Bay Bottoms Drainage District, (post,*
p. 390.) The errors assigned upon the record are the same
as the errors assigned in that case, with the exception of
four alleged errors which are omitted in this. The brief
and argument are the same as the brief and argument in
the other case except as to errors not assigned on this rec-
ord. The decision in that case that the court had juris-
diction to organize the district and that none of the errors
assigned would justify a reversal applies to this case. For
the reasons given in the opinion filed in that case the judg-
ment of the county court is affirmed.

*Judgment affirmed.*